**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
Orlando Division

| | |
|---|---|
| GOODLEAP, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SOLAR CANCELLATION RESOURCE CENTER LLC, a Wyoming limited liability company; and FONBUENA LAW FIRM, CHTD. d/b/a CONSUMER ADVOCACY LAW GROUP, a Nevada law firm,<br><br>Defendants. | Case No. 6:26-cv-01072-PGB-NWH |

**JOINT RESPONSE REGARDING GOODLEAP'S SECOND AMENDED COMPLAINT**

Plaintiff GoodLeap, LLC ("GoodLeap") and Defendants Solar Cancellation Resource Center LLC and Fonbuena Law Firm, Chtd. d/b/a Consumer Advocacy Law Group (together, "Defendants") jointly file this response pursuant to the Court's Order (Dkt. 46) directing the parties to "file a response indicating what impact, if any," GoodLeap's Second Amended Complaint ("SAC") (Dkt. 45) has on Defendants' pending Motion to Dismiss and Transfer Venue (the "Motion") (Dkt. 34).

GoodLeap filed its SAC consistent with the Court's Order granting GoodLeap's Unopposed Motion to Amend the Pleadings by Interlineation. Dkt.

44. GoodLeap's SAC differs from the First Amended Complaint (Dkt. 11) only in identifying Defendant Consumer Advocacy Law Group as "Fonbuena Law Firm, Chtd. d/b/a Consumer Advocacy Law Group."

The parties have conferred and agree that the SAC has no impact on Defendants' pending Motion, and that the arguments in the briefing on that Motion (Dkts. 34, 40) apply equally to the SAC. Therefore, the parties agree that the Motion remains pending and fully briefed.

Dated: October 19, 2026

Respectfully submitted,

*/s/ Michael J. Holecek*

Michael J. Holecek
Florida Bar No.: 1035950
GIBSON, DUNN & CRUTCHER LLP
333 S Grand Ave
Los Angeles, CA 90071-3197
MHolecek@gibsondunn.com
Tel: +1 213.229.7000
*Counsel for Plaintiff GoodLeap, LLC*

Dated: October 19, 2026

Respectfully submitted,

*<u>/s/ C. Andrew Roy</u>*

C. Andrew Roy, Esquire
Florida Bar No.: 91629
aroy@whww.com
Lauren M. Reynolds, Esquire
Florida Bar No.: 112141
Lreynolds@whww.com
WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.
329 N. Park Avenue, Second Floor
Winter Park, FL 32789
Post Office Box 880 (mailing address)
Winter Park, FL 32790-0880
(407) 423-4246
(407) 645-3728 (facsimile)
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Michael J. Holecek*
Michael J. Holecek
Florida Bar No.: 1035950
GIBSON, DUNN & CRUTCHER LLP
333 S Grand Ave
Los Angeles, CA 90071-3197
MHolecek@gibsondunn.com
Tel: +1 213.229.7000
*Counsel for Plaintiff GoodLeap, LLC*